92–1165. Jackson v. Regional Transit Auth. *Cuyahoga County,* No. 60443. Reported at 64 Ohio St.3d 1448, 597 N.E.2d 167. On motion for rehearing. Rehearing denied.

On motion for leave to file memorandum in support instanter. Motion granted.

## DISCIPLINARY DOCKET

91–2003. Northwest Ohio Bar Assn. v. Noble. Motion on behalf of John Sausser Steel Company for waiver of disqualification of John D. Noble in Hancock C.P. case No. 85–5225–MJ. Motion denied.

HOLMES and H. BROWN, JJ., would defer ruling on this motion pending a response from relator bar association.

92–167. In re Resignation of White. On response to show cause order. Leave granted to file supplemental report; contempt stayed.

92–422. Columbus Bar Assn. v. Gaba. On request regarding board costs. Request denied and Lawrence Charles Gaba is found in contempt.

WRIGHT, H. BROWN and RESNICK, JJ., would grant the request.

92–1979. In re Carter. *Sua sponte,* this cause is referred to Disciplinary Counsel for further investigation.

## MISCELLANEOUS DISMISSALS

92–282. St. Elizabeth Hosp. Med. Ctr. v. Moliterno. *Mahoning County,* No. 89 C.A. 185. This cause, here on appeal from the Court of Appeals for Mahoning County, was considered in the manner prescribed by law. Upon consideration of the joint application to dismiss this appeal at appellee's costs,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective October 20, 1992.

92–556. State ex rel. Smith v. O'Connor. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective October 20, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

92–1516. Woerner v. Mentor Exempted Village School Dist. Bd. of Edn. *Lake County,* No. 91–L–085. Cause dismissed, on appellant's application for dismissal, effective October 20, 1992.

92–1898. State ex rel. Gumpl v. Spicer. In Mandamus/Procedendo and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus/procedendo and prohibition. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective October 16, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

92–2028. Weber v. Clinton Twp. Bd. of Zoning Appeals. *Fulton County,* No. 91FU000027. Cause dismissed, on appellant's application for dismissal, effective October 20, 1992.

92–2040. Selonick v. Cincinnati. *Hamilton County,* No. C–920750. Cause dismissed, on appellants' application for dismissal, effective October 16, 1992.